**Valerie TOWNES, Appellant,**

v.

**BARNES–JEWISH HOSPITAL, Appellee.**

No. 07–1647.

United States Court of Appeals, Eighth Circuit.

Submitted: March 18, 2008.

Filed: March 26, 2008.

Valerie Townes, St. Louis, MO, pro se.

Daniel J. Doetzel, Bobroff & Hesse, St. Louis, MO, for Appellee.

Before BYE, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Valerie Townes appeals the district court's [1] dismissal of her employment-discrimination action. We agree that dismissal was proper for the reasons stated by the district court. Accordingly, we affirm the judgment and deny as moot the pending motions of Barnes–Jewish Hospital. *See* 8th Cir. R. 47B.

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.